McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0215-MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| AGUSTIN RODRIGUEZ-SANDOVAL and GUSTAVO BARRAZA-BARBOZA, | Date: January 3, 2019<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |
| Defendants. | |

Plaintiff United States of America, through its respective counsel, and defendants Agustin Rodriguez-Sandoval and Gustavo Barraza-Barboza, through their respective counsel of record, stipulate that the status conference now set for January 3, 2019, be continued to January 31, 2019, at 10:00 a.m.

On October 30, 2018, both defendants were arraigned on the three-count Indictment in this case. (ECF Nos. 12, 14.) Yesterday (December 18, 2018), the undersigned government counsel received the U.S. Forest Service's final report of investigation. The case agent states that the delay in preparing the final copy was due to personnel reassignment to address wildfires in Butte County and elsewhere in Northern California in November 2018. The government will prepare the discovery immediately for production to the defense, and at present, this includes 48 pages of reports and memoranda, with additional disclosures expected to follow. Defense counsel will require time to review these materials and discuss them with their clients, time to conduct additional investigation, time to research potential

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

1

defenses and motions, and time to otherwise prepare for trial.

Based on the foregoing, the parties stipulate that the status conference currently set for January 3, 2019, be continued to January 31, 2019, at 10:00 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including January 31, 2019, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4], based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: December 19, 2018     */s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
*Attorney for Plaintiff United States*

Dated: December 19, 2018     */s/ THD for Jennifer Mouzis*
JENNIFER MOUZIS
*Attorney for Defendant Agustin Rodriguez-Sandoval*

Dated: December 19, 2018     */s/ THD for Noa Oren*
NOA OREN
Assistant Federal Defender
*Attorney for Defendant Gustavo Barraza-Barboza*

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order.  It specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Time from the date the parties stipulated, up to and including January 31, 2019, shall be excluded from computation of time within which the trial in this case must begin under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4].  It is further ordered that the January 3, 2019 status conference be continued until January 31, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  December 29, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE