| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | TIMOTHY H. DELGADO<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0215-MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| AGUSTIN RODRIGUEZ-SANDOVAL and GUSTAVO BARRAZA-BARBOZA, | Date: March 14, 2019<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |
| Defendants. | |

Plaintiff United States of America, through its respective counsel, and defendants Agustin Rodriguez-Sandoval and Gustavo Barraza-Barboza, through their respective counsel of record, stipulate that the status conference now set for March 14, 2019, be continued to April 25, 2019, at 10:00 a.m.

On October 30, 2018, both defendants were arraigned on the three-count Indictment in this case. (ECF Nos. 12, 14.) In the weeks following, the government produced to the defense the U.S. Forest Service's 48-page report of investigation prepared in connection with the case. In late-February 2019, the government produced supplemental discovery that included over seventy photos and twelve videos recorded on the day both defendants were taken into custody. Defense counsel require additional time to review these materials, time to discuss them with their clients, time to conduct additional investigation, time to research potential defenses and motions, and time to otherwise prepare for trial.

///

Stipulation and Order to Continue Status Conference

1

Based on the foregoing, the parties stipulate that the status conference currently set for March 14, 2019, be continued to April 25, 2019, at 10:00 a.m.  The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including April 25, 2019, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4], based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: March 4, 2019  /s/ Timothy H. Delgado
TIMOTHY H. DELGADO
Assistant United States Attorney
*Attorney for Plaintiff United States*

Dated: March 4, 2019  /s/ THD for Jennifer Mouzis
JENNIFER MOUZIS
*Attorney for Defendant Agustin Rodriguez-Sandoval*

Dated: March 4, 2019  /s/ THD for Noa Oren
NOA OREN
Assistant Federal Defender
*Attorney for Defendant Gustavo Barraza-Barboza*

ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Time from the date the parties stipulated, up to and including April 25, 2019, shall be excluded from computation of time within which the trial in this case must begin under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the March 14, 2019 status conference be continued until April 25, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: March 4, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE