**JENNIFER MOUZIS**
Attorney at Law - SBN 200280
4825 J Street, Suite 222
Sacramento, California 95819
Telephone: (916) 822-8702
Facsimile: (916) 822-8712
jm@jennifermouzislaw.com

Attorney for Defendant
AUGUSTIN RODRIGUEZ-SANDOVAL

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | 2:18-CR-00215-MCE |
| ) | |
| Plaintiff, ) | **ORDER RE MOTION** |
| ) | **TO WITHDRAW GUILTY PLEA** |
| v. ) | |
| ) | |
| ) | |
| **AUGUSTIN RODRIGUEZ-SANDOVAL**, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER**

The Court finds there to be exceptional circumstances that have arisen in this case following the defendant's entry to a guilty plea pursuant to a written plea agreement. Specifically, the combination of newly-discovered evidence relating to defendant's criminal history, together with the apparent assurances by the previously-assigned Assistant U.S. Attorney to Mr. Rodriguez-Sandoval, described in "UNITED STATES' STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO WITHDRAW PLEA" (CR 52), are

exceptional facts that in this case warrant the withdrawal of the defendant's guilty plea. Fed.R.Crim.P. 11(d)(2)(b).

      Pursuant to Federal Rules of Criminal Procedure section 11(d)(2)(B), the Court hereby WITHDRAWS THE GUILTY PLEA for AUGUSTIN RODRIGUEZ-SANDOVAL in the interests of justice.

      The June 11, 2020, hearing on the above Motion is hereby CONVERTED to an arraignment and change of plea on the superseding information and immediate judgment and sentencing.

      IT IS SO ORDERED.

Dated:  May 19, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE