```
JENNIFER MOUZIS
Law Office of Jennifer Mouzis
State Bar No. 200280
4825 J Street, Suite 222
Sacramento, California 95819
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
AUGUSTIN RODRIGUEZ-SANDOVAL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | 2:18-CR-00215-MCE |
| | ) | |
| Plaintiff, | ) | **AMENDED STIPULATION AND** |
| | ) | **ORDER TO CONTINUE** |
| **v.** | ) | **ARRAIGNMENT, CHANGE OF PLEA** |
| | ) | **AND SENTENCING HEARING** |
| | ) | |
| **AUGUSTIN RODRIGUEZ-SANDOVAL,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Audrey Hemesath and defendant, AUGUSTIN RODRIGUEZ-SANDOVAL, by and through his counsel, Jennifer Mouzis, agree and stipulate to vacate the date set for arraignment and change of plea and sentencing hearing, June 11, 2020 at 10:00 a.m., in the above-captioned matter, and to continue the arraignment and change of plea and sentencing hearing to August 20, 2020 at 10:00 a.m. in the courtroom of the Honorable Morrison C. England.  The last appearance by the defendant was on June 6, 2019 for a Change of Plea Hearing (ECF 27.)

The reason for the continuance is that defense counsel requires additional time to complete the process of obtaining written translations of the documents transmitted by the prosecution relating to waiver of indictment, superseding information, and change of plea.  Once

the written translations are completed, defense counsel will arrange a time for additional telephonic contact between her, the client, and the interpreter to counsel client and have the client sign the documents as appropriate.  Defense counsel continues to review the discovery provided in the case.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 11, 2020 to August 20, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: June 9, 2020            McGREGOR W. SCOTT
                               United States Attorney

                        By:    /s/ Audrey Hemesath as authorized on 06/09/2020
                               AUDREY HEMESATH
                               Assistant United States Attorney

Dated: June 9, 2020             /s/ Jennifer Mouzis
                               JENNIFER MOUZIS
                               Attorney for Defendant
                               AUGUSTIN RODRIGUEZ-SANDOVAL

**ORDER**

For the reasons set forth in the accompanying stipulation, the date set for arraignment and change of plea and sentencing hearing, June 11, 2020 at 10:00 a.m., is VACATED, and the above captioned matter is set for August 20, 2020 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  June 11, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue